UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :      Chapter 7

AZIZ N. JUNDI                                  :
SALWA  B. CHAWICH
                    Debtors                    :      Bankruptcy No. 11-14496
_____

VICTORIA CARO
                    Plaintiff                  :
            v.
                                               :
AZIZ N. JUNDI
                    Defendant                  :      Adversary No. 11-0759
_____

.................................................

ORDER

.................................................

AND NOW, this 23rd day of August 2012, for the reasons given in the

accompanying statement, it is hereby ordered that judgment is entered in favor of the

defendant and against the plaintiff, and thus any debt owed by the defendant to the

plaintiff is dischargeable.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Ms. Victoria Caro
2800 McGee Avenue
Philadelphia, PA 19149

Arsen Kashkashian, Jr., Esq.
10 Canal Street, Suite 204
Bristol, PA 19007

Mr. Aziz Jundi
2733 Honeysuckle Lane
Huntingdon Valley, PA 19006

Brad J. Sadek
1315 Walnut Street, Suite 804
Philadelphia, PA 19107